

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00991-CV

LEROY STROMAN, Appellant

V.

ROXANN MARTINEZ, BRAZORIA COUNTY, BRAZORIA COUNTY EMERGENCY SERVICES DISTRICT #1, BRAZORIA COUNTY EMERGENCY SERVICES DISTRICT #2, CITY OF WEST COLUMBIA, COLUMBIA-BRAZORIA INDEPENDENT SCHOOL DISTRICT, PORT FREEPORT, SPECIAL ROAD AND BRIDGE DISTRICT, WEST BRAZORIA COUNTY DRAINAGE DISTRICT #11, AND RO'VIN GARRETT, BRAZORIA COUNTY TAX ASSESSOR, COLLECTOR, Appellees

Appeal from the 412th District Court of Brazoria County.  (Tr. Ct. No. 73110).

**TO THE 412TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before this Court, on the 28th day of April 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> After due consideration, the Court **grants** appellee Roxann Martinez's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered April 28, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

